DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 056P12-2 | State v. Kareem Abdullah Kirk | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA11-1285) | Denied |
|---|---|---|---|
| 063P12 | State v. Herbert Marshall Pender, Jr. | 1. Def's NOA Based Upon a Constitutional Question (COA11-647)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 067P12 | State v. Roderickiou Jermand Davis | 1. Def's NOA Based Upon a Constitutional Question (COA11-412)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 074P12-2 | Harold N. Orban and Victoria L. Orban v. Steven C. Wilkie, Substitute Trustee and T.D. Bank, N.A. | Plts' *Pro Se* PWC to Review Decision of COA (COA11-678, 11-901) | Denied |
| 078A12 | State v. Jonathan Lynn Burrow | 1. State's Motion for Temporary Stay (COA11-773)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's NOA Based Upon a Dissent<br><br>4. State's Motion to Amend Record on Appeal | 1. Allowed **02/24/12**<br><br>2. Allowed<br><br>3. - - -<br><br>4. Allowed |
| 090P07-5 | State v. Lindo Nickerson | 1. Def's *Pro Se* PWC to Review the Order of the COA (COAP11-768)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel<br><br>4. Def's *Pro Se* Motion to Dismiss PWC | 1. - - -<br><br>2. Allowed<br><br>3. Dismissed as Moot<br><br>4. Allowed<br><br>**Jackson, J., Recused** |
| 091P12 | State v. Douglas Bernard Spearman | Def's PDR Under N.C.G.S. § 7A-31 (COA11-991) | Denied |